# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR F 07-0065 LJO |
|---|---|
| Plaintiff, | **FINAL ORDER TO DENY RECONSIDERATION AND OTHER RELIEF** |
| vs. | (Doc. 33.) |
| CARLOS MEDINA, | |
| Defendant. | |
| _____ / | |

This Court has reviewed the record and all papers filed by defendant Carlos Medina ("defendant"). The papers filed by defendant fail to support defendant's requested relief, including a reduction to his 131-month sentence. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") This Court has denied defendant's prior reconsideration motions (docs. 27-29) to seek to reduce his sentence. On June 4, 2013, defendant filed papers, which fail to support relief requested by defendant, including a downward departure in defendant's sentence. As such, this Court DENIES defendant relief requested by his papers filed on June 4, 2013 and directs the clerk to term doc. 33.

This Court ADMONISHES defendant that it will tolerate no further frivolous filings and will strike and return such documents to defendant.

IT IS SO ORDERED.

Dated: __June 6, 2013__        __/s/ Lawrence J. O'Neill__
                               UNITED STATES DISTRICT JUDGE

1